1  RASHEED MCWILLIAMS (CA State Bar No. 281832)
   rasheedmcwilliams@dwt.com
2  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
3  Los Angeles, California  90017-2566
   Telephone:  (213) 633-6800
4  Fax:  (213) 633-6899

5  Attorneys for Plaintiff
   CADENCE DESIGN SYSTEMS, INC.
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11 | CADENCE DESIGN SYSTEMS, INC., | Case No. |
   |---|---|
12 | Plaintiff, | **COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES FOR** |
13 | v. | **(1) COPYRIGHT INFRINGEMENT; (2) CIRCUMVENTION OF ACCESS** |
14 | FENDA USA, INC.; SHENZHEN FENDA TECHNOLOGY Co., Ltd, | **CONTROLS; AND (3) BREACH OF CONTRACT** |
15 | Defendants. | **DEMAND FOR JURY TRIAL** |

COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES
Case No.

Plaintiff Cadence Design Systems, Inc. ("Cadence") brings this action against Fenda USA, Inc. ("Fenda USA") and Shenzhen Fenda Technology Co., Ltd. ("Shenzhen Fenda") (collectively, "Fenda" or "Defendants") for injunctive relief and damages. The allegations herein are based on personal knowledge as to Cadence and its own actions and interactions, and upon information and belief as to all other matters.

**INTRODUCTION**

1. This case is about the repeated illegal use by Fenda, a leading Chinese manufacturer of acoustic, wireless and digital home products, of "cracked" copies of Cadence's valuable, high-end electronic design automation ("EDA") software to design and create its products sold in the United States. Fenda has repeatedly infringed at least the Cadence Allegro® and Cadence OrCAD® design platforms (collectively, "Cadence Software"). Cadence has discovered unauthorized copies of Cadence Software on hundreds of machines belonging to or affiliated with Fenda. Even before engaging in discovery, Cadence has evidence that Fenda used unauthorized Cadence Software and other related-Cadence software products over 246,000 times worldwide.

2. Fenda's use of unauthorized copies of Cadence Software in the United States violates the Copyright Act and the terms of the license agreements Fenda entered with Cadence through its use of the Cadence Software.

3. Through its extensive unauthorized use of Cadence's valuable software, Fenda has avoided paying millions of dollars in license fees and thereby obtained for itself an unfair advantage, not only with respect to Cadence, but also against Fenda's competitors who abide by the law and obtain licenses for critically important EDA software legally.

4. Fenda's executives are well aware of Fenda's extensive unauthorized use of Cadence's software, as Cadence has given Fenda compelling proof, which Fenda has disregarded. Cadence therefore brings this action for copyright infringement, circumvention of access controls, and breach of contract.

**THE PARTIES**

5. Plaintiff Cadence Design Systems, Inc. is a Delaware corporation with its principal place of business located at 2655 Seely Avenue, San Jose, California 95134. Cadence makes sophisticated software and other tools used by engineers to design and verify computer chips, packages, printed circuit board interconnects and systems.

6. Defendant Fenda USA is a California corporation with its principal place of business at 516 San Benito Avenue, Menlo Park, California 94025.

7. Defendant Shenzhen Fenda is a Chinese corporation with its principal place of business at Fenda Science and Technology Park, Zhoushi Road, Baoan District, Shenzhen City, Guangdong Province, People's Republic of China.

8. Upon information and belief, Fenda USA is a wholly owned subsidiary of Shenzhen Fenda.

**JURISDICTION AND VENUE**

9. This Court has subject matter jurisdiction pursuant to 17 U.S.C. § 501, et seq. (copyright infringement), 17 U.S.C. § 1201, et seq. (circumvention of access controls), and 28 U.S.C. §§ 1331 (federal question jurisdiction), 1338(a) and 1338(b). This Court has supplemental jurisdiction over the Third Cause of Action below, pursuant to 28 U.S.C. § 1367(a).

10. Defendants are subject to personal jurisdiction in this Court based on continuous and systematic contacts within this judicial district because (a) Fenda has offices in Menlo Park, California and San Francisco, California; and (b) Fenda distributes and sells products in this judicial district.

11. This Court also has personal jurisdiction over Fenda as each defendant has contractually agreed to submit to the jurisdiction of the state and federal courts in California by accepting the terms of the software license agreement ("Clickwrap License Agreement") that accompanies any use of the Cadence Software.

12. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b), (c) and (d) because a substantial amount of the events and injury occurred in this judicial district and Shenzhen

Fenda is an alien corporation. Venue is also proper in this judicial district pursuant to the terms of the Clickwrap License Agreement.

**BACKGROUND**

**A.     Cadence's Software**

13.    Founded in 1988, Cadence is a leading provider of electronic design automation ("EDA") and semiconductor intellectual property ("IP").

14.    Cadence produces products well-known throughout the EDA world, including, but not limited to the Cadence Allegro® and Cadence OrCAD® design platforms (collectively, "Cadence Software"). The Allegro® system is a highly sophisticated integrated design platform used for printed circuit board authoring and implementation, integrated circuit package and System-in-Package design, signal and power integrity analysis, and other hardware development functions. Cadence offers the OrCAD® design platform to individuals and smaller teams who want hardware design tools but do not need the full power of the Allegro® system.

15.    Cadence products are used by a wide array of customers, including semiconductor manufacturers, car makers, wireless technology makers, and other precision manufacturers. Cadence's sophisticated suite of products helps engineers to design, model, and optimize integrated circuits, circuit boards and other electronic components used in myriad industries. Cadence's products have received awards and accolades from such respected publications as EE Times, EDN, and Electronic Products Magazine.

16.    Cadence licenses its products throughout the United States, as well as in Europe, Asia and other parts of the world. Today, thousands of companies worldwide use Cadence's products, and licenses for Cadence products range from roughly $1,500 to over $3 million per license.

17.    Cadence owns the United States copyright registrations for Cadence Software, as well as updates and improvements to those products. A copy of a list of Cadence's registrations is attached hereto as Exhibit A.

**B.     Cadence's Software Security Measures**

18.    Cadence's valuable software is not available without a license, and is protected from un-authorized use by various technical measures. To protect its software and intellectual property against any unauthorized use, Cadence has made significant investments in technology designed to prevent unauthorized access or use.

19.    These security measures transmit data to Cadence whenever they detect unauthorized alterations or uses of the product, such as when a user bypasses a technological measure by using counterfeit license files or when a user alters the Cadence Software by circumventing the license mechanism.

20.    As part of Cadence's copyright protection system, the Cadence Software will not operate unless a user first installs the Cadence License Manager. When using the Cadence Software on a single computer, the user must install the License Manager directly on that computer. If the user intends to use a network license, the user must install the License Manager on a server accessible over the network.

21.    Cadence's license is issued as a Floating/Concurrent license, whereby the customer purchases a set number of floating seats, which may be occupied by any licensed users as long as the number of concurrent users does not exceed the set number. When a customer purchases a license to the Cadence Software, the customer receives an invoice indicating the type of license that was purchased, as well as a license file.

22.    Upon the purchase of software, Cadence (as part of its copyright protection system) generates a license file in this District that is provisioned to the customer based on the HOSTID and/or MAC address corresponding to the machine on which the license file will reside.

**C.     Cadence's Clickwrap License Agreement**

23.    The Cadence License Manager cannot be installed unless a user first executes an agreement with Cadence. Specifically, when installing the License Manager, a user is prompted to accept the terms of a Cadence Design Systems, Inc. Software License and Maintenance Agreement ("SLMA").

24. Cadence has incorporated multiple versions of its SLMA into the License Manager installation process. Attached hereto as Exhibits B through E are true and correct copies of SLMAs that have been used in connection with Cadence Software installed and used by Defendants.

25. Cadence has incorporated multiple versions of its SLMA into the License Manager installation process. Attached hereto as Exhibit B is a true and correct copy of the SLMA that has been executed by the Defendants based on their unauthorized installation and use of the Cadence Software by Defendants.

26. Exhibit B is an SLMA used with the following versions of Cadence Software: Allegro® 16.6 and OrCAD® 16.6.  This SLMA states, in part:

> THIS SOFTWARE LICENSE AND MAINTENANCE AGREEMENT ("AGREEMENT") IS A LEGAL DOCUMENT BETWEEN YOU AND CADENCE DESIGN SYSTEMS, INC. ("CADENCE"). PLEASE READ THIS AGREEMENT CAREFULLY BEFORE INSTALLING YOUR CADENCE SOFTWARE ("SOFTWARE"). BY USING THE SOFTWARE, YOU (EITHER AN INDIVIDUAL OR A BUSINESS ENTITY) AGREE TO BE BOUND BY THE TERMS OF THIS AGREEMENT. IF YOU DO NOT WANT TO BE BOUND BY THE TERMS OF THIS AGREEMENT, CADENCE IS UNWILLING TO LICENSE THE SOFTWARE TO YOU, IN WHICH EVENT YOU MUST PROMPTLY RETURN THE SOFTWARE AND ALL ACCOMPANYING ITEMS (INCLUDING MANUALS, BINDERS OR OTHER CONTAINERS, AND ANY OTHER PRINTED MATERIALS) WITHIN 30 DAYS. BY CLICKING YES DURING THE INSTALLATION AND BY USING THE SOFTWARE, OR PURCHASING MAINTENANCE SERVICES, YOU ACKNOWLEDGE THAT YOU HAVE READ THE AGREEMENT AND ACCEPT ITS TERMS.

27. When attempting to install the License Manager, a user must select "I accept the terms of the license agreement" in order to proceed with installation. If the user does not select the "I accept" option, or if the user selects "I do not accept the terms of the license agreement," the user cannot proceed with installation of the License Manager.

5
COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES
Case No.

28. After the License Manager has been installed, the program prompts the user to specify the location of a Cadence license file. Alternatively, the user may later configure the appropriate licensing for the Cadence Software by using a License Server Configuration Utility packaged with the Cadence Software.

29. After the user installs the License Manager, the user may then install the Cadence Software on the client desktops or laptops connected to the License Server. The Cadence Software will not operate on those client machines unless the user provides a valid license file issued by Cadence. The license file indicates to the License Manager and the Cadence servers how many licenses are available for use at the client machines, and which Cadence Software and additional functionality the user is permitted to use.

30. When the user installs the Cadence Software, the user must again accept the terms of the SLMA by selecting the "I accept" option. As before, if the user does not select the "I accept" option, or if the user selects "I do not accept the terms of the license agreement," the user cannot proceed with installation of the Cadence Software.

**D.    Fenda's Products**

31. Fenda designs, manufactures, and distributes consumer electronics and their core components, and offers services for software development, hardware design, and cloud technology. Its products include, but are not limited to, smart wearable devices, electroacoustic products, wireless modules, and metal cosmetic parts for mobile devices.

32. According to Fenda's website, Fenda is "cooperating with many international famous band [sic] to develop medical treatment class heart-rate smart watch, smart wristband, smart skin detectors and so on." About Us Company Profile, Fenda, https://en.fenda.com/index.php/Home/Article/index/category/about.html (last visited Oct. 17, 2023).

33. The Fenda website also states that Fenda "will continue to increase the research and development of mobile internet smart consumer electronic, medical and health care equipment,

cloud services, and other technology applications including integration of product and content." *Id.*

34. According to Fenda's website, Fenda is "one of Chinas [sic] leading wireless solution providers and manufacturer of smart wearable products." Company News, Fenda, https://en.fenda.com/index.php/Home/Article/index/category/news.html (last visited Oct. 17, 2023).

35. Fenda's mobile application, Fenda Smart, is available to download on the U.S. Apple Store and Google Play platforms, with updates to the applications as recently as May 2023.

### E. Fenda's Use of Stolen Cadence Software

36. Over the course of many years, including within the past four years, Fenda has obtained and used Cadence Software without authorization and without paying the requisite license fees. On numerous occasions, Fenda downloaded, installed, and used multiple versions of the Cadence Software without authorization from Cadence.

37. To accomplish this, Fenda obtained unauthorized Cadence Software, presumably on websites (such as file sharing and torrent sites) known to traffic in illegal software and other content. By using these websites and related services, Fenda was able to obtain copies of Cadence Software unlawfully and anonymously.

38. Fenda also knowingly obtained unauthorized software license keys from such sources and circumvented electronic protections built into the software. Fenda knowingly used these "cracked" software keys in order to use and/or continue using the Cadence Software without having to pay Cadence for a legitimate license.

39. By secretly obtaining and using illegally downloaded and copied Cadence Software without authorization, Fenda has avoided paying millions of dollars in license fees and developed its commercial products at an unfair competitive advantage, including here in the Northern District of California and throughout the United States.

### F. Cadence's Evidence of Fenda's Use of Stolen Cadence Software

40. To date, Fenda has not purchased any licenses for Cadence Software products.

41. In contrast, Cadence has discovered unauthorized copies of its software on no less than 266 machines belonging to or affiliated with Fenda. Many of these machines have company domain names and/or are associated with email names that expressly identify Shenzhen Fenda. Even without discovery, Cadence has detected unauthorized use of Cadence Software and other related-Cadence software products on these machines over 246,000 times worldwide. This includes use of Cadence Software 206,619 times worldwide, of which twenty-four (24) separate occasions took place in the United States, which likely represents only a fraction of Fenda's total unauthorized uses in the United States.

42. By way of example, from one machine with host name 2-4F-QINDEYING, company domain Fenda.com, Cadence found evidence of over 8,877 instances of unauthorized worldwide use of Cadence Software in a roughly three-year span.

43. From another machine with hostname LAPTOP-DHNA1FQ4, company domain Fenda.com, Cadence found evidence of roughly 568 instances of worldwide unauthorized use of Cadence Software, including twenty-four (24) instances of unauthorized use in the United States, in an eleven-month span.

44. The software that Fenda has used without authorization is very valuable. For example, a single one-year license for one of the premium products that Fenda has used without authorization costs over $240,000.

**G.    Fenda's Continued Unauthorized Use of Cadence Software Despite Notice**

45. In September 2021, upon discovering the unauthorized uses described above, Cadence wrote to Fenda requesting that Fenda cease any unauthorized usage of Cadence Software, and that Fenda compensate Cadence for its previous unauthorized usage. Fenda did not respond. Cadence again wrote to Fenda on January 10, 2022 and May 13, 2022. Despite the evidence Cadence provided, Fenda did not respond to Cadence's requests and has continued its unauthorized use of Cadence Software illegally through the present.

COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES
Case No.

# CLAIMS FOR RELIEF

## COUNT I

### (Copyright Infringement Under 17 U.S.C. § 501)

46.     Cadence incorporates and realleges by reference paragraphs 1 through 45 above as if set forth in full herein.

47.     Cadence is the owner of the copyright in the Cadence Software. A list of Cadence's Certificates of Registrations is attached hereto as Exhibit A.

48.     Cadence has complied with all statutory formalities required by the Copyright Act to maintain the validity of its copyrights in the Cadence Software, as reflected in the list of copyright registrations attached as Exhibit A.

49.     Fenda has downloaded or otherwise copied and installed the Cadence Software on its machines without permission or authorization from Cadence, presumably to research and develop products that Fenda sells in the United States for substantial profit.

50.     Fenda's unauthorized use and/or duplication of Cadence's copyrighted software constitutes copyright infringement under 17 U.S.C. § 501. Fenda's actions in violation of the Copyright Act have been knowing and willful.

51.     Fenda's conduct is causing, and is likely to continue to cause, injury to Cadence, entitling Cadence to: (i) preliminary and permanent injunctive relief pursuant to 17 U.S.C. § 502; (ii) its actual damages and Fenda's profits or, alternatively, statutory damages pursuant to 17 U.S.C. § 504; and (iii) costs and attorneys' fees pursuant to 17 U.S.C. § 505.

52.     Cadence has suffered substantial actual damages as a result of Fenda's unauthorized and illegal use of such copyrighted materials. As a result of Fenda's wrongful actions, Cadence has suffered damages in an amount to be proven at trial but alleged to be at least many millions of dollars in unpaid license fees plus interest and attorneys' fees. Further, as an alternative to actual damages, Cadence is entitled to statutory damages in an amount up to $150,000 per infringed work, plus interest and attorneys' fees.

53.     Cadence has no adequate remedy at law, however, and Fenda's unlawful conduct will continue to cause Cadence irreparable injury unless Cadence is enjoined by this Court.

## COUNT II

### (Circumvention of Access Controls Under 17 U.S.C. § 1201)

54.     Cadence incorporates and realleges by reference paragraphs 1 through 53 above as if set forth in full herein.

55.     The Cadence Software employs technological measures that effectively control access to the Cadence Software.

56.     Fenda downloaded and used software that (i) modifies the Cadence Software to bypass the access control to allow it to recognize unauthorized license keys and/or (ii) generates unauthorized license keys that enabled Fenda to bypass the security access mechanisms and copyright protections in the Cadence Software, in violation of 17 U.S.C. § 1201(a)(1).

57.     Fenda's actions have been and continue to be knowing and willful.

58.     Fenda's conduct is causing and is likely to continue to cause injury to Cadence, entitling Cadence to the following remedies pursuant to 17 U.S.C. § 1203: (i) preliminary and permanent injunctive relief; (ii) its actual damages and Fenda's profits or, alternatively, statutory damages; and (iii) costs and attorneys' fees.

59.     Cadence has suffered substantial actual damages as a result of Defendants' unauthorized and illegal actions. As a result, Cadence is entitled to damages in an amount to be proven at trial but alleged to be at least many millions of dollars in unpaid license fees plus interest and attorneys' fees. Further, as an alternative to actual damages, Cadence is entitled to statutory damages in an amount up to $2,500 per act of circumvention, device, product, component, offer, or performance of service, plus interest and attorneys' fees.

60.     Cadence has no adequate remedy at law, however, and Fenda's unlawful conduct will continue to damage Cadence unless Fenda is enjoined by this Court.

## COUNT III

### (Breach of Contract—Clickwrap Agreement)

61. Cadence incorporates and realleges by reference paragraphs 1 through 60 above as if set forth in full herein.

62. In order to install and use the Cadence Software, Fenda expressly agreed to, and became bound by, the terms of a Clickwrap License Agreement.

63. By copying, sharing, and using the Cadence Software without authorization from Cadence, by using key codes not provided by Cadence, by taking action to circumvent the key codes, by installing the Cadence Software on its machines without authorization, and by not paying a licensing fee, Fenda has breached the terms of the Clickwrap License Agreement.

64. Cadence is entitled to its damages resulting from such breaches in addition, but not limited to, payment of the license fees to which Fenda agreed.

65. As a direct and proximate result of Fenda's breaches, Cadence has suffered damages in an amount to be proven at trial, but not less the millions of dollars in unpaid license fees plus interest.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff Fenda prays that this Court provide relief by:

a. Preliminarily and permanently enjoining and restraining Fenda, their officers, directors, agents, employees and all other individuals, firms, corporations, associations and partnerships affiliated, associated or acting in concert with them from using the Cadence Software or any other Cadence Software to which they hold no valid license;

b. Awarding Cadence compensatory and actual damages;

c. Ordering Fenda to provide an accounting of its profits;

d. Awarding Cadence its lost profits plus Fenda's profits;

e. In the alternative to actual damages under the Copyright Act, at the election of Cadence, awarding Cadence statutory damages for Fenda's copyright infringement and/or

circumvention of access controls, and increasing those damages because of Fenda's willful infringement and/or circumvention;

   f. Requiring Fenda to deliver upon oath, to be impounded during the pendency of this action, all infringing copies of Cadence's copyrighted works, any unauthorized software used to circumvent the licensing restrictions on the Cadence Software, and any products produced, designed, or manufactured, in part or in whole, with or in conjunction with the Cadence Software; and that an order of impoundment and/or seizure in respect of the foregoing be issued out of this Court in the manner provided by the Copyright Act and by the United States Supreme Court Copyright Practice Rules (1909); and that at the conclusion of this action, the Court shall order all such materials so held to be surrendered to Cadence or to be destroyed under a Writ of Destruction issued under 17 U.S.C. § 503, whichever shall seem to this Court to be most just and proper;

   g. Awarding Cadence its attorneys' fees and costs;

   h. Awarding Cadence such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

In accordance with Federal Rule of Civil Procedure 38, Plaintiff Cadence Design Systems, Inc. demands a trial by jury on all issues so triable.

DATED: November 15, 2023      DAVIS WRIGHT TREMAINE LLP

                  By: /s/ *Rasheed McWilliams*
                     Rasheed McWilliams

                  Attorneys for Plaintiff
                  CADENCE DESIGN SYSTEMS, INC.