# EXHIBIT A

| Description | Product Version Base Release | Registration Number |
|---|---|---|
| Allegro ® Package Designer Plus | VERSION=17.2 | TX 8-322-031 |
| Allegro Design Entry Capture | VERSION=17.2 | TX 8-322-031 |
| Allegro Design Entry Capture | VERSION=17.4 | TX 8-905-154 |
| Allegro Design Publisher | VERSION=16.6 | TX 8-323-840 |
| Allegro Enterprise PCB Designer | VERSION=17.2 | TX 8-322-031 |
| Allegro Enterprise PCB Designer | VERSION=17.4 | TX 8-905-154 |
| Allegro Enterprise System Design Authoring | VERSION=17.4 | TX 8-905-154 |
| Allegro Library Authoring | VERSION=17.2 | TX 8-322-031 |
| Allegro Library Authoring | VERSION=17.4 | TX 8-905-154 |
| Allegro Package Designer XL | VERSION=17.2 | TX 8-905-154 |
| Allegro PCB Design CIS - GXL | VERSION=16.6 | TX 8-905-154 |
| Allegro PCB Design CIS - GXL | VERSION=17.4 | TX 8-905-154 |
| Allegro PCB Designer II | VERSION=16.6 | TX 8-323-840 |
| Allegro PCB Designer II | VERSION=17.2 | TX 8-322-031 |
| Allegro PCB Designer II | VERSION=17.4 | TX 8-905-154 |
| Allegro PCB Designer | VERSION=16.6 | TX 8-323-840 |
| Allegro PCB Power Delivery Network Analysis | VERSION=17.2 | TX 8-322-031 |
| Allegro PCB Power Delivery Network Analysis | VERSION=17.4 | TX 8-905-154 |
| Allegro PCB Venture | VERSION=17.2 | TX 8-322-031 |
| Allegro PCB Venture | VERSION=17.4 | TX 8-905-154 |
| Allegro Sigrity High-Speed Base | VERSION=2019 | TX 9-049-823 |
| Allegro Sigrity PI Base | VERSION=2019 | TX 9-049-823 |
| Allegro Sigrity SI Base | VERSION=2019 | TX 9-049-823 |
| Allegro System Capture Designer | VERSION=17.4 | TX 8-905-154 |
| Allegro System Capture Venture | VERSION=17.4 | TX 8-905-154 |
| Allegro® ASIC Prototyping with FPGA's | VERSION=16.6 | TX 8-323-840 |
| Allegro® ASIC Prototyping with FPGA's | VERSION=17.2 | TX 8-322-031 |
| Allegro® ASIC Prototyping with FPGA's | VERSION=17.4 | TX 8-905-154 |
| Allegro® Design Entry CIS | VERSION=17.2 | TX 8-322-031 |
| Allegro® Design Entry CIS | VERSION=17.4 | TX 8-905-154 |
| Allegro® PCB Collaboration Workbench 620 (with Allegro® Physical Viewer, add-on to MatrixOne) | VERSION=17.2 | TX 8-322-031 |
| Allegro® PCB Design CIS - L (4240) | VERSION=17.2 | TX 8-322-031 |
| Allegro® PCB Design CIS - L (4240) | VERSION=17.4 | TX 8-905-154 |
| Allegro® PCB Design HDL - XL | VERSION=16.6 | TX 8-323-840 |
| Allegro® PCB Design HDL - XL | VERSION=17.2 | TX 8-322-031 |
| Allegro® PCB Design HDL - XL | VERSION=17.4 | TX 8-905-154 |

| Description | Product Version Base Release | Registration Number |
|---|---|---|
| Allegro® PCB SI - GXL | VERSION=17.2 | TX 8-322-031 |
| Allegro® PCB SI - GXL | VERSION=17.4 | TX 8-905-154 |
| Allegro® PCB SI - L (4570) | VERSION=16.6 | TX 8-323-840 |
| Allegro® PCB SI - XL | VERSION=16.6 | TX 8-323-840 |
| Allegro® PCB SI - XL | VERSION=17.2 | TX 8-322-031 |
| Allegro® PCB SI - XL | VERSION=17.4 | TX 8-905-154 |
| Cadence 3D Design Viewer | VERSION=17.2 | TX 8-322-031 |
| Cadence SiP Digital Architect - GXL (SIP125) | VERSION=17.2 | TX 8-322-031 |
| Cadence SiP Digital Layout GXL | VERSION=17.2 | TX 8-322-031 |
| Cadence SiP Layout - XL | VERSION=17.2 | TX 8-322-031 |
| Cadence SiP RF Layout GXL | VERSION=17.2 | TX 8-322-031 |
| Celsius Thermal Solver | VERSION=2019 | TX 9-049-823 |
| Clarity 3D Solver | VERSION=2019 | TX 8-905-132 |
| Distributed Co-Design | VERSION=17.2 | TX 8-322-031 |
| OrCAD Capture® CIS | VERSION=16.6 | TX 8-320-041 |
| OrCAD Capture® CIS | VERSION=17.2 | TX 8-320-040 |
| OrCAD Capture® CIS | VERSION=17.4 | TX 8-905-154 |
| OrCAD Capture® | VERSION=16.6 | TX 8-320-041 |
| OrCAD Capture® | VERSION=17.2 | TX 8-320-040 |
| OrCAD Capture® | VERSION=17.4 | TX 8-905-154 |
| OrCAD Eco-system Partner FAE Suite (PO7100) | VERSION=17.2 | TX 8-320-040 |
| OrCAD Eco-system Partner FAE Suite (PO7100) | VERSION=17.4 | TX 8-905-154 |
| OrCAD EE Expert Suite (PO9100) | VERSION=17.2 | TX 8-320-040 |
| OrCAD EE Expert Suite (PO9100) | VERSION=17.4 | TX 8-905-154 |
| OrCAD Expert Suite (PO9000) | VERSION=17.4 | TX 8-905-154 |
| OrCAD PCB Expert Suite (PO9200) | VERSION=17.2 | TX 8-320-040 |
| OrCAD PCB Expert Suite (PO9200) | VERSION=17.4 | TX 8-905-154 |
| OrCAD PCB Productivity Toolbox | VERSION=17.4 | TX 8-905-154 |
| OrCAD PSpice® Designer Plus | VERSION=17.2 | TX 8-320-040 |
| OrCAD PSpice® Designer Plus | VERSION=17.4 | TX 8-905-154 |
| OrCAD PSpice® Designer | VERSION=17.2 | TX 8-320-040 |
| OrCAD PSpice® Designer | VERSION=17.4 | TX 8-905-154 |
| OrCAD Sigrity ERC | VERSION=17.4 | TX 8-905-154 |
| OrCAD X Standard | VERSION=17.2 | TX 8-320-040 |
| OrCAD® PCB Designer Professional with PSpice(R) | VERSION=17.2 | TX 8-320-040 |
| OrCAD® PCB Designer Professional with PSpice(R) | VERSION=17.4 | TX 8-905-154 |
| OrCAD® PCB Designer Professional | VERSION=17.2 | TX 8-320-040 |

| Description | Product Version Base Release | Registration Number |
|---|---|---|
| OrCAD® PCB Designer Professional | VERSION=17.4 | TX 8-905-154 |
| OrCAD® PCB Designer Standard | VERSION=16.6 | TX 8-320-041 |
| OrCAD® PCB Designer Standard | VERSION=17.2 | TX 8-320-040 |
| OrCAD® PCB Designer Standard | VERSION=17.4 | TX 8-905-154 |
| OrCAD® PCB SI | VERSION=17.2 | TX 8-320-040 |
| OrCAD® PCB SI | VERSION=17.4 | TX 8-905-154 |
| OrCAD® Unison PCB | VERSION=17.2 | TX 8-320-040 |
| OrCAD® Unison PCB | VERSION=17.4 | TX 8-905-154 |
| OrCAD® Unison Ultra | VERSION=17.4 | TX 8-905-154 |
| PSpice® A/D | VERSION=17.2 | TX 8-319-984 |
| PSpice-TI Simulator | VERSION=17.4 | TX-9-199-313 |
| Sigrity Advanced IBIS Modeling II | VERSION=2019 | TX 9-049-823 |
| Sigrity Broadband SPICE | VERSION=2019 | TX 9-049-823 |
| Sigrity Enterprise | VERSION=2019 | TX 9-049-823 |
| Sigrity PowerDC II | VERSION=2017 | TX 8-320-010 |
| Sigrity PowerDC II | VERSION=2019 | TX-9-049-823 |
| Sigrity PowerSI II | VERSION=2017 | TX 8-320-010 |
| Sigrity PowerSI II | VERSION=2019 | TX-9-049-823 |
| Sigrity SPEED2000 | VERSION=2016 | TX 8-264-236 |
| Sigrity SPEED2000 | VERSION=2017 | TX 8-320-010 |
| Sigrity SPEED2000 | VERSION=2019 | TX-9-049-823 |
| Sigrity SPEEDEM | VERSION=2019 | TX-9-049-823 |
| Sigrity SystemSI Suite | VERSION=2019 | TX-9-049-823 |
| Sigrity Thermal CFD Extension | VERSION=2019 | TX-9-049-823 |
| Sigrity Thermal Explorer | VERSION=2019 | TX-9-049-823 |
| SystemSI - Parallel Bus Analysis II | VERSION=2019 | TX-9-049-823 |
| SystemSI - Serial Link Analysis II | VERSION=2019 | TX-9-049-823 |
| XcitePI Extraction (SIGR726) | VERSION=2019 | TX-9-049-823 |
| XcitePI Simulation (SIGR706) | VERSION=2019 | TX-9-049-823 |