Guy Ruttenberg, Bar No. 207937
guy@ruttenbergiplaw.com
RUTTENBERG IP LAW,
A PROFESSIONAL CORPORATION
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
Telephone: (310) 627-2270
Fax: (310) 627-2260

Steve Papazian, Bar No. 288097
steve@papazianiplaw.com
PAPAZIAN IP LAW, APC
325 N. Larchmont Blvd, Suite 172
Los Angeles, CA 90004
Telephone: (562) 522-4086
Fax: (213) 816-1931

*Attorneys for Plaintiff Cadence Design Systems, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CADENCE DESIGN SYSTEMS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>FENDA USA INC., et al.,<br><br>Defendants. | Case No. 23-cv-05916-RFL<br><br>**PROOF OF SERVICE OF FIRST AMENDED COMPLAINT AND SUMMONS ON DEFENDANT SHENZHEN FENDA TECHNOLOGY CO., LTD.**<br><br>Judge:    Hon. Rita F. Lin |

PROOF OF SERVICE

1      Plaintiff Cadence Design Systems, Inc. ("Cadence") hereby files proof of service of the First

2  Amended Complaint, Summons, and other case-initiating documents on Defendant Shenzhen Fenda

3  Technology Co., Ltd. ("Shenzhen Fenda") via its designated agent for service of process, namely

4  FCC US Agent, LLC ("FCC US Agent") in accordance with Fed. R. Civ. Proc. § 4(h)(1)(B).  (*See*

5  Ex. A). Shenzhen Fenda was also served pursuant to Fed. R. Civ. Proc. § 4(h)(1)(A) and Cal. Code

6  Civ. Proc. § 416.10 as FCC US Agent is the "general manager" of Shenzhen Fenda and "a person

7  authorized by the corporation to receive service of process" under California law.  (*Id.*)

8

9    DATED:  August 5, 2024         By:    */s/ Steve Papazian*
                                                  

10
11                                        **Guy Ruttenberg**
            RUTTENBERG IP LAW, A PROFESSIONAL
            CORPORATION

12              1801 Century Park East, Suite 1920
            Los Angeles, CA 90067

13              Telephone: (310) 627-2270
            Fax: (310) 627-2260

14              guy@ruttenbergiplaw.com

15
16              **Steve Papazian**
            PAPAZIAN IP LAW, APC

17              325 N. Larchmont Blvd, Suite 172
            Los Angeles, CA 90004

18              Telephone: (562) 522-4086
            Fax: (213) 816-1931

19              steve@papazianiplaw.com

20
21              *Attorneys for Plaintiff*

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER