# EXHIBIT A

| Attorney or Party without Attorney: <br> Steve Papazian (SBN 288097) <br> PAPAZIAN IP LAW, APC <br> 325 N. Larchmont Blvd Suite 172 <br> Los Angeles, CA 90004 <br> *Telephone No:* 562-522-4086 <br> *Attorney For:* Plaintiff | *Ref. No. or File No.:* <br> CADENCE | For Court Use Only |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:* <br> IN THE UNITED STATES DISTRICT COURT THE NORTHERN DISTRICT OF CALIFORNIA ||| 
| *Plaintiff:* CADENCE DESIGN SYSTEMS, INC., <br> *Defendant:* FENDA USA, INC., ET AL., |||
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 3:23-cv-05916-RFL |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; First Amended Complaint; Report on the Filing or Determination of an Action Or Appeal Regarding a Copyright; Standing Order For All Judges Of The Northern District of California; Civil Cover Sheet; ECF Registration Information; Instructions Preparing The Case Management Statement; Plaintiff Cadence Design Systems, Inc.'s Certification Of Conflicts And Interested Entities Or Persons Under Fed. R. Civ. P. 7.1 And Civ. L.R. 3-15; Preparing the Case Management Statement

3. a. Party served:     SHENZHEN FENDA TECHNOLOGY Co., Ltd
   b. Person served:   Miranda Lou, authorized to accept service for FCC US Agent, LLC, Registered Agent & General Manager authorized to accept served under F.R.C.P. Rule 4 and Cal. Code Civ. Proc. § 416.10."

4. Address where the party was served:   3722 Illinois Avenue, Saint Charles, IL 60174

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Jul 31 2024 (2) at: 11:29 AM

6. **Person Who Served Papers:**
   a. Kyle Clutter                                          d. *The Fee* for Service was:   $369.65
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

08/05/2024
(Date)

(Signature)



| PROOF OF SERVICE | 11517742 <br> (5825235) |
|---|---|