Guy Ruttenberg, Bar No. 207937
guy@ruttenbergiplaw.com
RUTTENBERG IP LAW,
A PROFESSIONAL CORPORATION
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
Telephone: (310) 627-2270
Fax: (310) 627-2260

Steve Papazian, Bar No. 288097
steve@papazianiplaw.com
PAPAZIAN IP LAW, APC
325 N. Larchmont Blvd, Suite 172
Los Angeles, CA 90004
Telephone: (562) 522-4086
Fax: (213) 816-1931

*Attorneys for Plaintiff Cadence Design Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CADENCE DESIGN SYSTEMS, INC., a Delaware Corporation,<br><br>              Plaintiff,<br><br>       v.<br><br>FENDA USA INC., et al.,<br><br>              Defendants. | Case No. 3:23-cv-05916-RFL<br><br>**PLAINTIFF CADENCE DESIGN SYSTEMS, INC.'S REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT SHENZHEN FENDA TECHNOLOGY CO., LTD.**<br><br>Judge:   Hon. Rita F. Lin |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

Plaintiff Cadence Design Systems, Inc. ("Cadence") hereby requests that the Clerk of this Court enter default against Defendant Shenzhen Fenda Technology Co., Ltd. ("Shenzhen Fenda") pursuant to Federal Rule of Civil Procedure 55(a). Shenzhen Fenda has failed to appear or otherwise respond to Cadence's First Amended Complaint within the time prescribed by the Federal Rules of Civil Procedure.

As detailed in Cadence's Proof of Service on Shenzhen Fenda (Dkt. No. 46), on July 31, 2024, Cadence served Shenzhen Fenda via its designated agent for service of process and general manager, in accordance with Fed. R. Civ. P. 4(h)(1)(B), as well as Fed. R. Civ. P. 4(h)(1)(A) and CAL. CIV. PROC. CODE § 416.10. Accordingly, Shenzhen Fenda's deadline to respond to Cadence's First Amended Complaint was August 21, 2024. No response has been filed with the Court to date by Shenzhen Fenda (or by any other Defendant). As such, Plaintiff requests that the Clerk enter default under Fed. R. Civ. P. 55(a) against Defendant Shenzhen Fenda.

In support of this Request, Cadence also files herewith the declaration of Steve Papazian, counsel for Cadence Design Systems, Inc.

| | | | |
|---|---|---|---|
| 1 | DATED: September 9, 2024 | By: | */s/ Steve Papazian* |

**Guy Ruttenberg**
RUTTENBERG IP LAW, A PROFESSIONAL CORPORATION
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
Telephone: (310) 627-2270
Fax: (310) 627-2260
guy@ruttenbergiplaw.com

**Steve Papazian**
PAPAZIAN IP LAW, APC
325 N. Larchmont Blvd, Suite 172
Los Angeles, CA 90004
Telephone: (562) 522-4086
Fax: (213) 816-1931
steve@papazianiplaw.com

*Attorneys for Plaintiff*