CATHLEEN S. HUANG (#219554)
RICHARD A. ERGO (#110487)
Bowles & Verna LLP
2121 N. California Blvd., Suite 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile:  (925) 935-0371
Email:  chuang@bowlesverna.com
           rergo@bowlesverna.com

Attorneys for Defendant
Shen Zhen Fenda Technology Co., Ltd.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CADENCE DESIGN SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FENDA USA, INC.; SHENZHEN FENDA TECHNOLOGY CO., LTD; MS^2 INC., <br><br> Defendants. | Case No. 3:23-cv-05916-RFL <br><br> **NOTICE OF MOTION AND MOTION TO DISMISS FOR INSUFFICIENCY OF SERVICE OF PROCESS PURSUANT TO FRCP 12(B)(5) OR ALTERNATIVELY, MOTION TO QUASH SERVICE OF SUMMONS** <br><br> Date:    April 29, 2025 <br> Time:    10:00 a.m. <br> Judge:   Hon. Rita F. Lin <br> Courtroom: 15 |

TO PLAINTIFF AND TO ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 29, 2025, at 10:00 AM, or as soon thereafter as counsel may be heard by the above-entitled Court, in Courtroom 15, located at 450 Golden Gate Avenue, San Francisco, CA 94102, Defendant Shen Zhen Fenda Technology Co., Ltd. ("SZ Fenda") will and hereby does move the Court for an order dismissing the case for insufficiency of service of process pursuant to FRCP 12(B)(5) or, alternatively, to quash service of summons and complaint.

Bowles & Verna LLP
2121 N. California
Suite 875
Walnut Creek 94596

Case No. 3:23-cv-05916-RFL

NOTICE OF MOTION AND MOTION TO DISMISS FRCP 12(b)(5)

This motion is supported by this Notice, the accompanying Memorandum of Points and Authorities, the Proposed Order, the Declaration of Li Lin, the Declaration of Jihua Li, the Declaration of Zhonghua Chen, the Declaration of Yuduo Hu, the Declaration of Richard A. Ergo, the other materials, orders, declarations and pleadings on file with the Court, and any additional argument that may be heard or submitted including at oral argument.

Dated:  February 28, 2025              Bowles & Verna LLP


By: /s/ Cathleen S. Huang
    Cathleen S. Huang
    Richard A. Ergo
    Attorneys for Defendant
    Shen Zhen Fenda Technology Co., Ltd.