CATHLEEN S. HUANG (#219554)
RICHARD A. ERGO (#110487)
Bowles & Verna LLP
2121 N. California Blvd., Suite 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile:  (925) 935-0371
Email: chuang@bowlesverna.com
       rergo@bowlesverna.com

Attorneys for Defendant
Shenzhen Fenda Technology Co., Ltd.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CADENCE DESIGN SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FENDA USA, INC.; SHENZHEN FENDA TECHNOLOGY CO., LTD.; MS^2 INC., <br><br> Defendants. | Case No. 3:23-cv-05916-RFL <br><br> DEFENDANT SHENZHEN FENDA TECHNOLOGY CO., LTD.'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS UNDER FED. R. CIV. P. 7.1 AND CIV. L.R. 3-15 |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no Conflict of interest to report and that Defendant Shenzhen Fenda Technology Co., Ltd. is a Chinese corporation.

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Shenzhen Fenda Technology Co., Ltd. certifies that it has no parent company, and no publicly held corporation owns 10% or more of Shenzhen Fenda Technology Co., Ltd.'s stock.

Dated: February 9, 2026           /s/*Richard A. Ergo*
                                  Richard A. Ergo