UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CADENCE DESIGN SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FENDA USA INC., et al., <br><br> Defendants. | Case No. 23-cv-05916-RFL  (AGT) <br><br> **DISCOVERY ORDER** <br> Re: Dkt. No. 105 |

Plaintiff Cadence Design Systems, Inc. (Cadence) asks the Court to compel responses to Requests for Production and Interrogatories, and to compel participation in its Requests for Inspection. *See* dkt. 105 at 1. Defendant SZ Fenda asks for additional time to supplement the record. *Id.* at 5. Specifically, SZ Fenda intends to submit declarations regarding the scope of the proposed inspection, SZ Fenda's control of subsidiaries, and whether any Chinese laws prohibit SZ Fenda from disclosing information without following certain procedures. *Id.* at 4–5.[1]

Prior to ruling, the Court will allow SZ Fenda to supplement the record by June 12, 2026. The parties are then ordered to meet and confer on this issue by June 26, 2026, either in person or via a videoconferencing platform. If the parties are unable to resolve these

---

[1] Cadence argues that SZ Fenda's objections are untimely. Dkt. 105 at 3. SZ Fenda disputes that. *Id.* at 4. The Court makes no holding on timeliness in this order.

disputes at the meet and confer, Cadence may file a response by July 10, 2026.[2]

       **IT IS SO ORDERED.**

Dated: May 12, 2026

                            Alex G. Tse
                            United States Magistrate Judge

---

[2] If they are able to resolve the disputes, the parties should update the Court by July 10, 2026.