**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

CADENCE DESIGN SYSTEMS, INC., a Delaware Corporation,

Plaintiff,

v.

FENDA USA INC., et al.,

Defendants.

Case No. 3:23-cv-05916-RFL

**~~[PROPOSED]~~ ORDER GRANTING PLAINTIFF CADENCE DESIGN SYSTEMS, INC.'S MOTION TO CHANGE TIME RE DEADLINE FOR AMENDING PLEADINGS**

This Court, having considered Plaintiff Cadence Design Systems, Inc.'s ("Cadence") Motion to Change Time Regarding the Deadline for Amending Pleadings, the Memorandum of Points and Authorities, declarations, and exhibits in support thereof ("Motion"), hereby GRANTS the Motion and CONTINUES the deadline for amending pleadings from July 14, 2026 to September 14, 2026.

All other dates in the Court's Scheduling Order remain the same:

| Event | Deadline |
|---|---|
| Joint letter identifying name of mediator and date of mediation | 8/14/2026 |
| Amended Pleadings | 9/14/2026 |
| Private ADR | 11/20/2026 |
| Close of Fact Discovery | 1/22/2027 |
| Opening Expert Reports | 2/12/2027 |
| Rebuttal Expert Reports | 3/19/2027 |
| Close of Expert Discovery | 4/16/2027 |
| Dispositive Motion | 5/11/2027 |
| Dispositive Motion Hearing | 6/15/2027 at 10:00 AM |
| Final Pretrial Conference | 8/10/2027 at 2:30 PM |
| Jury Selection / Jury Trial | 8/30/2027 at 8:30 AM |

**IT IS SO ORDERED.**

Dated: ______July 20____________, 2026

By ______________________
Rita F. Lin
United States District Judge